William L. Dykes, Respondent, *v.* The Wabash, St Louis & Pacific Ry. Co., Appellant.

#### March 30, 1885.

The appeal dismissed because of failure of appellant to file a statemen and brief as required by the statute.

Appeal from Clinton Circuit Court, Hon. Geo. W Dunn, Judge.

*Appeal dismissed.*

W. H. Blodgett, for the appellant.

J. M. Lowe, for the respondent.

Opinion by Hall, J.

The appellant having failed to file a statement and brief as required by the statute, the appeal in this case is dismissed.   All concur.